**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-01847-REB-BNB

SECURITIES AND EXCHANGE COMMISSION,

     Plaintiff,

v.

AMERICAN ENERGY RESOURCES CORP.,
H&M PETROLEUM CORP., and
DONALD H. ALLEN,

     Defendants.

## ORDER OF ADMINISTRATIVE CLOSURE

**Blackburn, J.**

The matter before me is **Defendants' Unopposed Motion To Close Administration of Case** [#29] filed March 11, 2011. After careful review of the motion and the file, I conclude that the motion should be granted and that this action should be closed administratively. Any party may seek to re-open this case on a showing of good cause.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Defendants' Unopposed Motion To Close Administration of Case** [#29] filed March 11, 2011, is **GRANTED**; and

2. That under **D.C.COLO.LCivR 41.2**, the clerk is **DIRECTED** to close this civil action administratively, subject to re-opening for good cause.

Dated March 14, 2011, at Denver, Colorado.

                        **BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge